TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00102-CR






Steven Jones, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT


NO. 10,745, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's counsel filed a motion asking that the time to file appellant's brief be
extended to August 27, 2004. The brief has not been received. The motion is dismissed. 
Appellant's counsel, Mr. David S. Barron, is ordered to tender a brief in this cause no later than
October 15, 2004. No further extension of time will be granted.

It is ordered October 1, 2004.


Before Justices Kidd, Patterson and Puryear

Do Not Publish